IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY M. PALMORE,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>Defendant. | Case No. 19-cv-00749-MMC<br><br>**ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

Before the Court is plaintiff Kristy M. Palmore's Application to Proceed In Forma Pauperis, filed February 11, 2019.

In her Application, plaintiff provides some of her monthly earnings for the past twelve months, as well as the amount of General Assistance she received "[i]n the months [she] wasn't working." (See Appl. at 2.) Plaintiff does not state, however, the number of months during which she received any particular payment, nor does she otherwise provide sufficient information from which the total amount of money she received within the last twelve months can be calculated. Moreover, although plaintiff reports she has no monthly expenses or other debts, she also states she has no bank account, cash, or other assets. Under the circumstances, a question remains as to whether plaintiff has sufficient funds to pay the filing fee.

Accordingly, plaintiff shall, no later than March 4, 2019, either (1) file an amended Application clarifying the above-referenced ambiguities and explaining her current lack of

funds, or (2) pay the filing fee of $400.

**IT IS SO ORDERED.**

Dated: February 14, 2019

_____
MAXINE M. CHESNEY
United States District Judge