UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY M. PALMORE,<br><br>   Plaintiff,<br><br> v.<br><br>ANDREW M. SAUL,<br><br>   Defendant. | Case No. 19-cv-00749-TSH<br><br>**ORDER TO SHOW CAUSE** |

On February 12, 2020, the Court granted the parties stipulation to continue the briefing deadlines in this case, with Defendant Andrew M. Saul's cross-motion due by February 18, 2020 and Plaintiff Kristy M. Palmore's reply due March 3, 2020. ECF No. 31. As Defendant failed to file his cross-motion by the deadline, the Court **ORDERS** Defendant Andrew M. Saul to show cause why sanctions should not be imposed, including granting Plaintiff's motion for summary judgment, for failure to defend against this action and failure to comply with court deadlines. Defendant shall file a declaration by February 27, 2020. No chambers copy is required. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Defendant does not intend to defend against this action, and the Court will grant judgment in Plaintiff's favor.</u> Thus, it is imperative the Court receive a written response by the deadline above.

  **IT IS SO ORDERED.**

Dated: February 19, 2020

                             _____
                             THOMAS S. HIXSON
                             United States Magistrate Judge